# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JIMMY DEAN KREPPS
ADC #143041                                                                                       PLAINTIFF

V.                      2:09CV00074 WRW/JTR

JOHN COLLIER, Jailer,
Cross County Jail, et al.                                                         DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to Fed. R. Civ. P. 4(m), Defendant Jason Doe be DISMISSED, WITHOUT PREJUDICE, due to a lack of service.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not bet taken in good faith.

Dated this 26th day of January, 2010.

                                                                              /s/Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE